B3B (Official Form 3B) (12/07)

# United States Bankruptcy Court
NORTHERN _____ District of ILLINOIS

In re: Brunson, Gloria -and- Berrien, Vernon          Case No. 10 - 45529
       Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before 11/12/10
$ 74.75 on or before 12/13/10
$ 74.75 on or before 1/12/11
$ 74.75 on or before 2/10/11

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____
                                                                    (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: OCT 15 2010

BY THE COURT:
_Pamela S Hollis_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Chapter 7
)
) Bankruptcy Case No.: 10 B 45529
Gloria Brunson & Vernon Berrien, )
)

Debtors.

## CERTIFICATE OF SERVICE

I, Josephine Green, Relief Courtroom Deputy, certify that on October 15, 2010, I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated October 15, 2010 to be served to the parties listed below via First Class Mail (**) or via electronically the Court's electronic notification system to:

**Gloria Brunson (**)**

**Vernon Berrien (**)**
9158 South Phillips
Chicago, IL 60617

*Trustee*

**David P Leibowitz, ESQ**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Dated: October 15, 2010

_____
Josephine Green
Relief Courtroom Deputy